# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-4021

_____

United States of America

*Plaintiff - Appellee*

v.

Guadalupe Martinez

*Defendant - Appellant*

_____

Appeal from United States District Court
for the District of Nebraska - Lincoln

_____

Submitted: July 19, 2013
Filed: July 23, 2013
[Unpublished]

_____

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

Guadalupe Martinez appeals the 46-month prison sentence imposed by the district court[1] after he pleaded guilty to drug charges. Counsel has filed a brief under

_____

[1]The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.

Anders v. California, 386 U.S. 738 (1967), and seeks leave to withdraw. For reversal, counsel argues that the sentence imposed was greater than necessary to accomplish the goals of sentencing. Having carefully reviewed the record, we conclude that the sentence, falling at the bottom of the uncontested Guidelines range, was not substantively unreasonable. See United States v. Feemster, 572 F.3d 455, 461, 464 (8th Cir. 2009) (en banc). Further, we find no nonfrivolous issues for appeal. See Penson v. Ohio, 488 U.S. 75 (1988). Accordingly, we grant counsel's motion to withdraw, and we affirm.

_____